1  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
2  David R. McNamara, # 133302
     *dave.mcnamara@mccormickbarstow.com*
3  Scott M. Reddie, # 173756
     *scott.reddie@mccormickbarstow.com*
4  Shane G. Smith, # 272630
     *shane.smith@mccormickbarstow.com*
5  Justin G. Donner, # 316504
     *justin.donner@mccormickbarstow.com*
6  7647 North Fresno Street
7  Fresno, California 93720
   Telephone:    (559) 433-1300
8  Facsimile:    (559) 433-2300

*Attorneys for Plaintiff, Deerpoint Group, Inc.*

MANOCK LAW
Charles Manock, # 161633
  *cmanock@manocklaw.com*
448 W. Shaw Ave.
Fresno, CA 93704-2511
Telephone:    (559) 696-4397
Facsimile:    (559) 422-4397

*Attorneys for Defendants Agrigenix, LLC,
and Sean Mahoney*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; and SEAN MAHONEY, a California individual,<br><br>            Defendants. | Case No. 1:18-cv-00536-AWI-BAM<br><br>**UPDATED JOINT SCHEDULING REPORT**<br><br>Date:    August 13, 2019<br>Time:    10:00 A.M.<br>Place:   Courtroom 8, Robert E. Coyle United<br>         States Courthouse<br><br>Hon. Anthony W. Ishii<br>Hon. Barbara A. McAuliffe |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

TO THE HONORABLE JUDGE MCAULIFFE:

Plaintiff Deerpoint Group, Inc. ("Deerpoint") and Defendants Agrigenix, LLC ("Agrigenix") and Mr. Sean Mahoney submit their Joint Report pursuant to Fed. R. Civ. P. ("FRCP") 26(f), United States District Court, Eastern District of California Local Rule ("LR") 240, this Court's Order Setting Mandatory Scheduling Conference (ECF 5), and the Minute Order issued July 17, 2019 (ECF 52) as follows:

**Counsel will appear telephonically at the Scheduling Conference on August 13, 2019.**

**1.     Summary of Factual and Legal Contentions**

(a)     Plaintiffs' Statement of the Case

Founded as a water treatment company in 1993 by veteran chemists Dr. John Miller and Ms. Deborah Miller, Deerpoint has become an acknowledged industry leader in chemical water treatment solutions for agriculture irrigation. Deerpoint was among the first companies to adopt a precision approach to fertilization through drip irrigation systems when it developed mechanisms for delivering nutrient-rich water to crops without the common problem of irrigation lines clogged by salts. Today, Deerpoint deploys patented, precision-feeding units nicknamed "White Boxes" to customer sites that enable Deerpoint technicians to inject proprietary nutrient and micronutrient blends into the grower's irrigation system.

Deerpoint's success in the agricultural fertilizer industry relies, in large part, on its industry-leading catalog of proprietary fertilizer and foliar blends that it has developed over time through the contributions of Dr. Miller and his scientific team. The list of ingredients that make up each of Deerpoint's fertilizer and foliar formulations, raw materials acquisition, the relative proportions of those ingredients, the methods of manufacturing Deerpoint's fertilizer and foliar products, and information and know-how surrounding manufacturing those products at-scale, troubleshooting problems with their production, and the workings of its "White Box" technology, among other things, comprise confidential, proprietary, and trade secret information belonging to Deerpoint.

In its Amended Complaint here, Deerpoint seeks compensatory and punitive damages, and injunctive relief, arising out of Defendants' current and/or imminent theft of Deerpoint's proprietary and trade secret information for the benefit of a competing company, Defendant Agrigenix, that has

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

quickly launched infringing copycat products and unfairly interfered with Deerpoint's long-standing customer relationships.

Specifically, Deerpoint alleges that Defendants Mr. Sean Mahoney and non-party Ms. Eva Kwong stole trade secrets while working on Deerpoint's executive team. With Deerpoint's treasure trove of confidential, proprietary, and trade secret information in hand, Mr. Mahoney quickly launched a direct competitor, Defendant Agrigenix, that was founded after Mr. Mahoney departed Deerpoint in or about October 2017. Three months later, Agrigenix had manufactured and launched a full line of fertilizer and foliar products mirroring Deerpoint's. That is no coincidence. Rather, Agrigenix is founded on confidential, proprietary, and trade secret information that Mr. Mahoney and/or Ms. Kwong misappropriated from Deerpoint during the term of their employment.

All told, Defendants' actions violate federal and California trade secret misappropriation laws. Conduct by Mr. Mahoney and/or Ms. Kwong separately breach secrecy agreements each of them executed with Deerpoint, and breach Mr. Mahoney's obligations to Deerpoint under a prior settlement agreement that had resolved an earlier employment dispute between them. Moreover, Agrigenix has violated federal false advertising laws during the course of announcing its misappropriated product line, and each Defendant's disparagement of Deerpoint's business in the agricultural industry has unfairly interfered with Deerpoint's customer relationships.

(b)   <u>Defendants' Statement of the Case</u>

In the first week of October 2017, Mr. Sean Mahoney left his employment with Deerpoint, and several weeks later founded Agrigenix. Ms. Eva Kwong terminated her employment with Deerpoint in the second week of November 2017, and began serving as Agrigenix's Operations Manager for Purchasing and Logistics.

Agrigenix is in the business of formulating and marketing liquid fertilizers and foliar products to growers in the San Joaquin Valley of California, and competes not only against Deerpoint, but many other local companies.

In the months after it was founded, Agrigenix formulated a wide range of fertilizers and foliar products, and this was done without access to confidential formulation information of Deerpoint. As one example, Agrigenix understands that Deerpoint asserts that Agrigenix' Genesis 210 product is a

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

mirror image of Deerpoint's M-Tek 2100 and was created using confidential information of Deerpoint. That is not true. In fact, the Genesis 210 product was formulated based on publicly available label documents and then laboratory analysis was able to determine the formulation viability and optimum production processes.

Agrigenix became successful quickly. Deerpoint assumes that, because of Agrigenix' rapid success, it must necessarily have gotten a head-start by using confidential information of Deerpoint. Agrigenix and the remaining defendants deny this, they deny that trade secrets of Deerpoint have been misappropriated or used, they deny that secrecy agreements have been breached, and they deny the remaining claims made by Deerpoint.

**2.     Proposed Deadline for Amendment to Pleadings:** April 15, 2020[1]

The parties highlight the following issues that impacts the proposed amendments deadline:

(a)     *Deerpoint states*: Deerpoint is evaluating whether to seek to amend its complaint in order to allege patent infringement claims against at least Defendant Agrigenix. The case schedule proposed by Deerpoint here considers only the claims presently at-issue.

**3.     Summary of the Uncontested and Contested Facts:**

(a)     Uncontested Facts:

(i)     Plaintiff Deerpoint Group, Inc. is a corporation organized and existing under the laws of the State of Illinois, and is licensed to do business in California with its principal place of business in Madera County at 1963 Independence Drive, Madera, CA 93637.

(ii)     Defendant Agrigenix is a limited liability company organized and existing under the laws of the State of Delaware, and is licensed to do business in California with its principal place of business at 40365 Brickyard Drive, Suite 105, Madera, CA 93636-9520.

(iii)     Defendant Sean Mahoney is a resident and citizen of California with a business address of 40365 Brickyard Drive, Suite 105, Madera, CA 93636-9520.

(iv)     Mr. Mahoney is the former Chief Executive Officer of Deerpoint.

(v)     Non-party Eva Kwong is a resident and citizen of California with a business

---

[1] *See* Exhibit "A" attached hereto for a table showing the parties' scheduling proposals in full.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4

UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

address of 40365 Brickyard Drive, Suite 105, Madera, CA 93636-9520.

   (vi) Ms. Kwong is the former Director of Business Operations/Logistics and Purchasing Manager of Deerpoint.

 (b) <u>Contested Facts</u>:

   (i) Whether Deerpoint's alleged confidential or proprietary information is not readily ascertainable.

   (ii) Whether Deerpoint's alleged trade secret information derives economic value from not being generally known.

   (iii) Whether Deerpoint's alleged trade secret information has been subject to reasonable security measures.

   (iv) Whether Deerpoint's asserted confidential, proprietary, and/or trade secret information has been misappropriated by any Defendant.

   (v) Whether Defendant Agrigenix's accused advertisements are "false" within the meaning of the Lanham Act.

   (vi) Whether actions by Mr. Mahoney breached his agreements with Deerpoint.

   (vii) Whether and to what extent Defendants disparaged Deerpoint's business.

   (viii) Whether Deerpoint sustained damages and the amount of those damages, if any.

**4.** **Summary of Legal Issues:**

 (a) <u>Undisputed Legal Issues</u>:

   (i) <u>Subject Matter Jurisdiction</u>:  It is undisputed that this Court has federal question jurisdiction (28 U.S.C. § 1331) over Deerpoint's federal trade secret and false advertising causes of action, and that this Court may exercise supplemental jurisdiction (28 U.S.C. § 1367(a)) over its co-pending state law claims.

   (ii) <u>Personal Jurisdiction</u>:  No party disputes that this Court has personal jurisdiction over the parties.

   (iii) <u>Venue</u>:  No party disputes that venue is proper in this District and this Court.

 (b) <u>Disputed Legal Issues</u>:

   (i) Whether any Defendant stands liable for the conduct alleged by each of

Deerpoint's causes of action.

   (ii)  Whether Deerpoint may be awarded damages.

   (iii)  Whether Deerpoint is entitled to an injunction.

   (iv)  Whether Deerpoint is entitled to its attorneys' fees and costs.

**5.**  **Status of All Matters Which Are Presently Set Before the Court:**

On June 18, 2019, the Court issued its Order on Defendants' second motion to dismiss. ECF 48. Deerpoint did not file a further amended complaint. Defendants answered on July 16, 2019. (ECF 51.)

On July 2, 2019, Deerpoint filed a Motion for Reconsideration of the Court's Order dismissing Deerpoint's statutory trade secret claims against Mr. Mahoney. (ECF 50.) The parties' briefing was deemed submitted on July 31, 2019. (ECF 55.) That motion remains pending.

There are no other matters presently set before the Court.

**6.**  **Discovery Plan:**

The dates proposed by each of Deerpoint and Defendants, respectively, are set forth below. These dates are also set forth in Exhibit "A" hereto.

  (a)  <u>Exchange of Initial Disclosures pursuant to FRCP 26(a)(1)</u>: Completed

  (b)  <u>Cut-Off Date for Non-Expert Discovery</u>: September 11, 2020

  (c)  <u>Disclosure of Expert Witnesses pursuant to FRCP 26(a)(2)</u>: October 16, 2020

  (d)  <u>Expert Witness Discovery Cut-Off</u>: December 4, 2020

  (e)  <u>Proposed Changes in Limits on Discovery</u>: The parties do not propose any deviations from the discovery limits set out in the Federal Rules. The parties will meet and confer where appropriate to permit Defendants to jointly receive and/or respond to discovery requests.

  (f)  <u>Protective Order</u>: The Court entered a Stipulated Protective Order governing discovery on January 31, 2019. ECF 33.

  (g)  <u>Proposals Related to Scheduling of Discovery</u>: None at this time.

   (i)  *Deerpoint states*: As explained under Paragraph 2(a) above, Deerpoint is evaluating whether to seek to amend its Complaint in order to assert patent infringement claims. If ultimately granted leave to so amend its Complaint, Deerpoint would then propose that contention

disclosures and claim construction proceedings proceed in-step with the rest of the case plan. The case schedule proposed by Deerpoint here considers only the claims presently at-issue.

(h) <u>Discovery Outside the United States</u>: None anticipated at this time.

(i) <u>Video and/or Sound Recording of Depositions</u>: Deerpoint anticipates the use of video and/or sound recording of depositions.

(j) <u>Mid-Discovery Status Report and Conference</u>: Not requested at this time. However, the parties are willing to participate in a Mid-Discovery Status Report and Conference if so requested by the Court.

**7. Discovery Relating to Electronic, Digital and/or Magnetic Data:**

The Parties have discussed discovery relating to electronic, digital, and/or magnetic data, and have agreed to preserve electronic data and the general topics that should be preserved and produced.

**8. Meet and Confer:**

(a) <u>Computer-Based Information (in general)</u>: The Parties have represented that they are not aware of any deleted computer-based information, and have instructed their respective clients not to delete electronic information.

(b) <u>E-Mail Information</u>: The Parties agree that discovery of email information will be necessary, and will meet and confer further on the use of search terms and/or email sampling to narrow the scope of email discovery as appropriate. The Parties will cooperate to return inadvertently produced email information that is privileged pursuant to Fed. R. Evid. 502; the mechanism for doing so has been specified in the Stipulated Protective Order. ECF 33.

(c) <u>Deleted Information</u>: The Parties are unaware of any deleted information that would be responsive to this case at this time; however, should it come to light that information was deleted, the Parties have agreed to meet and confer to discuss restoration options and allocation of costs, if applicable.

(d) <u>Back-Up Data</u>: The Parties have retrieved relevant data from their clients and have backed-up the same on their respective servers and/or storage facilities hosted by third-party discovery vendors.

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

7
UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

**9.     Dates Agreed to by All Counsel:**

The dates proposed by the Parties are set forth below.  These dates are also set forth in Exhibit "A" hereto.

    (a)     Filing Non-Dispositive and Dispositive Pre-Trial Motions (except *in limine*):

        (i)     *Non-Dispositive Motions*:  December 4, 2020

        (ii)    *Dispositive Motions*:  January 8, 2021

    (b)     Pre-Trial Conference:  April 19, 2021

    (c)     Trial Date:  May 18, 2021

**10.    Settlement:**

The parties do not believe that settlement is possible at this time.  The parties are open to mediation or a settlement conference once discovery is completed.

**11.    Jury or Non-Jury Case:**

The parties request a jury trial on all issues so triable.

**12.    Trial Length Estimation:**  The Parties estimate the jury trial length at 10 days, including jury selection.

**13.    Bifurcation or Phasing of Trial or Other Suggestions for Shortening or Expediting Discovery, Pre-Trial Motions or Trial:**

The parties have no proposals at this time.

14.    **Related Matters:**  None.

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

8

UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

Respectfully submitted,

Dated: August 6, 2018                                  McCORMICK, BARSTOW, SHEPPARD,
                                                                          WAYTE & CARRUTH LLP


                                                              By: _____*/s/ Shane G. Smith*_____
                                                                         David R. McNamara
                                                                         Scott M. Reddie
                                                                         Shane G. Smith
                                                                 Justin G. Donner *Attorneys for Plaintiff,*
                                                                         *DEERPOINT GROUP, INC.*


Dated: August 6, 2018                                                MANOCK LAW


                                                              By: _____*/s/ Charles K. Manock*_____
                                                                         Charles K. Manock
                                                                 *Attorneys for Defendant, AGRIGENIX LLC*


-oOo-

### SIGNATURE ATTESTATION

I hereby attest that concurrence has been obtained from Charles Manock, counsel for Defendants Agrigenix and Sean Mahoney, as indicated by a "conformed" signature (/s/) within this e-filed document.

                                                                      _____*/s/ Shane G. Smith*_____
                                                                                Shane G. Smith

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

9
UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT

**Exhibit "A"**

| Event | Parties' Proposal | Court Modification (if any) |
|---|---|---|
| L/D to Exchange Fed. R. Civ. P. 26(a) Disclosures | Completed | |
| L/D to Move to Amend Pleadings or Add Parties | April 15, 2020 | |
| Non-Expert Fact Discovery Cut-Off | September 11, 2020 | |
| Disclosure of Expert Report on Issue(s) for Which a Party Bears the Burden of Persuasion | October 16, 2020 | |
| Rebuttal Expert Reports Due | November 13, 2020 | |
| Expert Discovery Cut-Off | December 4, 2020 | |
| L/D to File Non-Dispositive Pre-Trial Motions | December 4, 2020 | |
| L/D to File Dispositive Pre-Trial Motions | January 8, 2021 | |
| L/D to File Joint Proposed Pre-Trial Statement | April 12, 2021 (*or 7 days prior to the Pre-Trial Conference set by the Court per L.R. 281(a)*) | |
| Pre-Trial Conference | April 19, 2021 (*or as scheduled by the Court*) | |
| Motions *in limine* | *To be scheduled by the Court* | |
| Trial Briefs | May 3, 2021 (*or as scheduled by the Court*) | |
| Jury Trial (estimated 10 days) | May 18, 2021 (*or as scheduled by the Court*) | |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On August 6, 2018, I served true copies of the following document(s) described as **UPDATED JOINT SCHEDULING REPORT** on the interested parties in this action as follows:

MANOCK LAW
Charles Manock, # 161633
   cmanock@manocklaw.com
448 W. Shaw Ave.
Fresno, CA 93704-2511
Telephone:    (559) 696-4397
Facsimile:    (559) 422-4397

*Attorneys for Defendants Agrigenix, LLC,
and Sean Mahoney*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 6, 2018, at Fresno, California.

   _/s/ Shane G. Smith_
   Shane G. Smith

017916-000007 6212429.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

11

UPDATED JOINT FED. R. CIV. P. 26(f) SCHEDULING REPORT