| 1 | Charles K Manock    SB#161633 |
|---|---|
| 2 | MANOCK LAW |
|   | 448 West Shaw Avenue |
| 3 | Fresno, California 93704 |
|   | Telephone:    (559) 433-9000 |
| 4 | Facsimile:    (559) 422-5163 |

Attorney for Defendants Agrigenix, LLC and Sean Mahoney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| DEERPOINT GROUP, INC., an Illinois corporation, | Case No. 1:18-cv-00536-AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE AND ORDER** |
| v. | Date:     August 13, 2019 |
| AGRIGENIX, LLC, a Delaware limited liability company; and SEAN MAHONEY, a California individual, | Time:    10:00 A.M. |
|   | Place:    Courtroom 8, Robert E. Coyle United States Courthouse |
| Defendants. | Hon. Anthony W. Ishii |
|   | Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the scheduling conference that was set for Tuesday, August 13, 2019, at 10:00 A.M. be hereby rescheduled to Friday, August 16, 2019, at 10:00 A.M.

//

//

//

//

//

STIPULTION TO RESCHEDULE SCHEDULING CONFERENCE AND ORDER

This rescheduling is necessary in light of defendants' counsel having a trial set in Fresno County Superior Court for August 12-13, 2019.

Dated: August 5, 2018                                MANOCK LAW


By: _____*/s/ Charles K. Manock*_____
　　　　　　Charles Manock
*Attorneys for Defendants AGRIGENIX LLC and SEAN MAHONEY*


Dated:                                McCORMICK, BARSTOW, SHEPPARD,
　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP


By: _____*/s/ Shane G. Smith*_____
　　　　　David R. McNamara
　　　　　Scott M. Reddie
　　　　　Shane G. Smith

STIPULATION TO RESCHEDULE SCHEDULING CONFERENCE AND ORDER

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, the Scheduling Conference currently set for August 13, 2019, is HEREBY CONTINUED to **August 16, 2019, at 10:00 AM in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. The parties shall meet and confer regarding proposed dates, with the exception of the deadline for exchange of initial disclosures which has expired, and file an updated Joint Scheduling Conference Report one (1) full week prior to the Scheduling Conference. A copy shall additionally be emailed, in Word format, to bamorders@caed.uscourts.gov. The parties are encouraged to appear at the scheduling conference telephonically and may do so with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

Dated: **August 7, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE