1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

DEERPOINT GROUP, INC.,

Case No. 1:18-cv-00536-LJO-BAM

12

Plaintiff,

ORDER DISCHARGING ORDER TO SHOW
CAUSE

13
v.
14

AGRIGENIX, LLC, et al.,

(Doc. No. 62)

15

Defendants.

16
17          On July 17, 2019, the Court issued an order setting a Mandatory Scheduling Conference

18  for August 13, 2019, at 10:00 AM in Courtroom 8 (BAM).  (Doc. No. 52.)  On August 7, 2019,

19  the Court continued the Mandatory Scheduling Conference to August 16, 2019, at 10:00 AM at

20  the request of the parties in order to accommodate the calendar of counsel for Defendants

21  Agrigenix, LLC and Sean Mahoney ("Defendants").  (Doc. No. 58.)  On August 16, 2019,

22  counsel for Defendants failed to appear at the Mandatory Scheduling Conference.  (Doc. No. 60.)

23  Accordingly, on August 19, 2019, the Court issued an order directing counsel for Defendants to

24  show cause why sanctions should not be imposed for the failure to appear.  (Doc. No. 62.)

25          On August 21, 2019, Charles Manock, counsel for Defendants, filed a response to the

26  Court's order to show cause.  (Doc. No. 63.)  According to the declaration of Mr. Manock, the

27  Mandatory Scheduling Conference was put on to his calendar, but he did not enter reminders in

28  his iPhone calendar.  (*Id.*)  As a result, Mr. Manock did not receive a reminder nor realize that

the Mandatory Scheduling Conference was occurring until approximately 10:45 AM on the morning of August 16, 2019. (*Id.*)  Mr. Manock realized his error and called in, but the conference had already concluded. (*Id.*)  Mr. Manock apologized for the inadvertent oversight and indicated that he has since set up procedures to avoid a similar error in the future.  (*Id.*)

Having considered counsel' response, the Court's Order to Show Cause issued August 19, 2019, is HEREBY DISCHARGED and no sanctions will be imposed.

IT IS SO ORDERED.

Dated:   **August 22, 2019**                    /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE