UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., <br><br>  Plaintiffs, <br><br>  v. <br><br> AGRIGENIX LLC, et al., <br><br>  Defendants. | Case No. 1:18-cv-00536-AWI-BAM <br><br> **ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER** <br><br> (Doc. No. 110) |
| AGRIGENIX, LLC., <br><br>  Counterclaim Plaintiff, <br><br>  v. <br><br> DEERPOINT GROUP, INC., <br><br>  Counterclaim Defendant. | |
| CUSTOM AG FORMULATORS, INC., <br><br>  Counterclaim Plaintiff, <br><br>  v. <br><br> DEERPOINT GROUP, INC., <br><br>  Counterclaim Defendant. | |

1

Pursuant to the parties' stipulation, and good cause appearing based upon the medical conditions of Deerpoint Group, Inc.'s employees, the Court GRANTS the parties' request to modify the scheduling order in this case. (Doc. No. 110.) Accordingly, IT IS HEREBY ORDERED that the Amended Scheduling Order (Doc. No. 109) is modified as follows:

| | |
|---|---|
| Parties Exchange Responsive Claim Constructions (including citation to and production of associated extrinsic evidence): | November 17, 2020 |
| Parties File Joint Claim Construction Statement: | December 8, 2020 |
| Claim Construction Discovery Deadline: | January 12, 2021 |
| Parties File Opening Claim Construction Briefs: | January 26, 2021 |
| Parties File Responsive Claim Construction Briefs: | February 9, 2021 |
| Parties File Reply Claim Construction Briefs: | February 16, 2021 |
| Claim Construction Hearing: | **March 8, 2021** **Time: 1:30 p.m.** **Dept:  2 (AWI)** |
| Non-Expert Discovery Deadline: | March 16, 2021 |
| Expert Disclosure: | April 27, 2021 |
| Supplemental Expert Disclosure: | May 23, 2021 |
| Expert Discovery Deadline: | June 22, 2021 |
| Dispositive Motion Filing Deadline: | July 20, 2021 |

All other deadlines set forth in the Amended Scheduling Order remain unchanged.

The Court notes that the parties filed their stipulation on August 25, 2020, two weeks after the deadline for the parties to exchange claim constructions had lapsed on August 11, 2020. (*See* Doc. Nos. 109, 110.) The parties are cautioned that future requests for extensions brought after the applicable deadline has expired will be denied as untimely. *See* L.R. 144(d).

The parties are also advised that no further extensions or modifications of the deadlines in this case will be granted absent a demonstrated showing of good cause. Good cause may consist

of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: __August 26, 2020__            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE