UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>                Plaintiff,<br>    v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, a California individual; and CUSTOM AG FORMULATORS, INC., a California corporation,<br><br>                Defendants. | Case No: l:18-cv-00536-AWI-BAM<br><br>**ORDER GRANTING WITHDRAWAL OF ATTORNEY**<br><br>(Doc. No. 114)<br><br>**ORDER TO DISREGARD DOCKET ENTRY 115** |

Currently before the Court is Mark D. Miller, Esq., and William K. Nelson, Esq., of Sierra IP Law PC notice to withdraw their appearances as counsel on behalf of Defendant Sean Mahoney.[1] (Doc. No. 114.) Although styled as a proposed order substituting Defendant Sean Mahoney in pro per in place of counsel, the document is in effect a notice of withdrawal and no substitution or motion to withdraw is required as Defendant Sean Mahoney continues to be represented by counsel in this matter. *See* Local Rule 182(d).

Accordingly, for good cause appearing, IT IS HEREBY ORDERED that counsel Mark D.

---

[1] On November 13, 2020, this Court entered a Consent Order Granting Substitution of Attorney substituting Defendant Sean Mahoney in pro se on the docket. (Doc. No. 115) That Order was entered in error and shall be DISREGARDED.  The Clerk of the Court is DIRECTED to correct the docket to reflect that Mr. Mahoney is not appearing in pro per.

1

Miller, Esq., and William K. Nelson, Esq., of Sierra IP Law PC are WITHDRAWN as counsel of record for Mr. Mahoney in this case. The Clerk of Court is directed to terminate Mr. Miller and Mr. Nelson as counsel for Defendant Sean Mahoney in the above-captioned matter.

IT IS SO ORDERED.

Dated: __November 16, 2020__     /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE