1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11   DEERPOINT GROUP, INC., an Illinois          Case No. 1:18-cv-00536-AWI-BAM
     corporation,
12                                               **STIPULATED AMENDED SCHEDULING**
                                                 **ORDER**
13               Plaintiff,

14         v.

15   AGRIGENIX, LLC, a Delaware limited          Hon. Anthony W. Ishii
     liability company; SEAN MAHONEY, an         Hon. Barbara A. McAuliffe
16   individual; and CUSTOM AG
     FORMULATORS, INC., a California
17   corporation,

18               Defendants.

19   AND RELATED COUNTERCLAIMS.

20
21
22
23
24
25
26
27
28

The Parties to this case have stipulated to the following proposed amended schedule.  Good cause having been shown, the Court adopts the jointly proposed amended schedule.

| Item | Current (Dkt. 146) | Stipulated Proposal |
|---|---|---|
| Claim Construction Briefing and Discovery | Completed | |
| Claim Construction | Under Submission | |
| Non-Expert Discovery Deadline | November 12, 2021 | February 18, 2022 |
| Expert Disclosure | The later of November 30, 2021, and three weeks after claim construction order | The later of March 18, 2022, and three weeks after claim construction order |
| Supplemental Expert Disclosure | The later of December 28, 2021, and four weeks after expert disclosure | The later of April 15, 2022, and three weeks after claim construction order |
| Expert Discovery Deadline | The later of February 18, 2022, and four weeks after supplemental expert disclosure deadline | The later of May 13, 2022, and three weeks after claim construction order |
| Dispositive Motion Filing Deadline | March 18, 2022 | June 17, 2022 |

IT IS SO ORDERED.

Dated:   **November 9, 2021**          _____/s/ Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE