# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, an individual; and CUSTOM AG FORMULATORS, INC., a California corporation,<br><br>　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. 1:18-cv-00536-AWI-BAM<br><br>**AMENDED SCHEDULING ORDER**<br><br>Hon. Anthony W. Ishii<br>Hon. Barbara A. McAuliffe |

The Parties to this case have stipulated to the following proposed amended schedule.  Good cause having been shown, the Court adopts the jointly proposed amended schedule.

| Item | Current (Dkt. 162) | Stipulated Proposal |
|---|---|---|
| Claim Construction Briefing and Discovery |  | Completed |
| Claim Construction Order Issued |  | January 3, 2022 |
| Non-Expert Discovery Deadline | February 18, 2022 | April 15 |
| Expert Disclosures on Topics for Which Party Bears Burden | The later of March 18, 2022, and three weeks after claim construction order | May 13 |
| Responsive Expert Disclosure | The later of April 15, 2022, and three weeks after claim construction order | June 10 |
| Expert Discovery Deadline | The later of May 13, 2022, and three weeks after claim construction order | July 8 |
| Dispositive Motion Filing Deadline | June 17, 2022 | August 12 |
| Oppositions to Dispositive Motions | N/A | Not less than fourteen (14) days preceding the hearing date |
| Replies in Support of Dispositive Motions | N/A | Not less than seven (7) days preceding the hearing date |
| Hearing on Dispositive Motions | N/A | Not less than twenty-eight (28) days after service and filing of the motion |
| Trial-Setting Status Conference | N/A | Within 14 days of Order on Dispositive Motions, or at Court's convenience. |

IT IS SO ORDERED.

Dated:   **February 14, 2022**            /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE