# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, an individual; and CUSTOM AG FORMULATORS, INC., a California corporation,<br><br>Defendants.<br>AND RELATED COUNTERCLAIMS. | Case No. 1:18-cv-00536-AWI-BAM<br><br>**ORDER**<br><br><br>Hon. Anthony W. Ishii<br>Hon. Barbara A. McAuliffe |

Based on the parties' stipulation, it is hereby ORDERED that:

1. The status conference currently set for May 12, 2022, is continued to **June 6, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

2. All future deadlines set forth in the current scheduling order (ECF No. 165), be stayed; and

3. The motion hearing currently set for June 3, 2022, is continued to **June 24, 2022, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **May 9, 2022**         /s/ *Barbara A. McAuliffe*
                               UNITED STATES MAGISTRATE JUDGE