UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, an individual; and CUSTOM AG FORMULATORS, INC., a California Corporation,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00536-AWI-BAM (PC)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**<br><br>**ORDER DIRECTING COUNSEL MANOCK AND HAMPTON TO SERVE THIS ORDER**<br><br>Date: July 12, 2022<br>Time: 10:00 a.m.<br>Dept.: 8 (BAM) |

By separate order, the Court has granted the motion of attorney Charles Manock, and Manock Law, and attorney George L. Hampton, and Hall Griffin LLP, to withdraw as attorneys of record for Defendants Agrigenix, LLC and Sean Mahoney ("Defendants"). (Doc. 175.) Defendant Sean Mahoney has been substituted *in propria persona* in place and stead of Charles Manock and George L. Hampton and is no longer represented by counsel. Defendant Agrigenix has been granted time to find substitute counsel. Local Rule 183(a) ("A corporation or other entity may appear only by an attorney.") In light of the substitution, Agriginex and Mahoney will be granted a brief extension of time to secure new counsel or to otherwise determine how they would like to proceed in this action.

///

1

The Court sets a TELEPHONIC STATUS CONFERENCE in this matter for **July 12, 2022, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference is to address whether Agrigenix and Mahoney have secured new counsel or whether Mahoney intends to proceed *in propria persona*. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

<u>Defendants Agrigenix and Mahoney are cautioned that the failure to appear at the conference may result in the imposition of sanctions, including striking their answers and entering default against them.</u>

Counsel Manock and Counsel Hampton are each directed to serve a copy of this Order on Agrigenix and Mahoney at their last known addresses and file proof of service.

IT IS SO ORDERED.

Dated:   **June 13, 2022**                                  /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE