UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, an individual; and CUSTOM AG FORMULATORS, INC., a California Corporation,<br><br>Defendants. | Case No.  1:18-cv-00536-AWI-BAM (PC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANTS AGRIGENIX, LLC AND SEAN MAHONEY**<br><br>(Doc. 175)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE SERVICE LIST AND SERVE COURTESY COPY |

By separate order, the Court has granted the motion of attorney Charles Manock, and Manock Law, and attorney George L. Hampton, and Hall Griffin LLP, to withdraw as attorneys of record for Defendants Agrigenix, LLC and Sean Mahoney ("Defendants"), subject to the completion of certain conditions.  (*See* Doc. 183.)

Based upon satisfying the Court's order for withdrawal as counsel of record (Docs. 183, 185–188), attorney Charles Manock, and Manock Law, and attorney George L. Hampton, and Hall Griffin LLP, are relieved as counsel for Defendant Agrigenix, LLC and Defendant Sean Mahoney.[1]  Service addresses will be updated for Defendants Agrigenix, LLC and Mahoney

---

[1] The Court notes that, as discussed during the June 10, 2022 status conference and motion hearing, Counsel Manock remains listed as counsel of record for Defendant Custom Ag Formulators, Inc.

1

pursuant to the affidavits submitted by Counsels Manock and Hampton.  (Docs. 185, 188.)

Defendant Sean Mahoney will be substituted *in propria persona* in place and stead of Charles Manock and George L. Hampton and is no longer represented by counsel.  Defendant Agrigenix has been granted time to find substitute counsel.  Local Rule 183(a) ("A corporation or other entity may appear only by an attorney.")

Counsels Manock and Hampton are relieved of any obligation to serve the instant order on Defendants Agrigenix, LLC and Mahoney.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion to withdraw as attorney of record for Defendants Agrigenix, LLC and Sean Mahoney, (Doc. 175), is GRANTED;
2. Counsel for Defendants Agrigenix, LLC and Sean Mahoney shall be TERMINATED;
3. The Clerk of the Court is DIRECTED to update the service addresses for Defendants and to serve the instant order on Defendants at the updated addresses as follows:

   **Agrigenix, LLC**
   **2350 W Shaw Ave., #146B**
   **Fresno, CA 93711**

   **Sean Mahoney**
   **7343 N Tamera Ave.**
   **Fresno, CA 93711-0126**

4. The Clerk of the Court is further DIRECTED to serve an additional courtesy copy to Agrigenix, LCC at the following address:

   **Agrigenix, LLC**
   **40365 Brickyard Drive, Suite 105**
   **Madera, CA 93636**

IT IS SO ORDERED.

Dated:   **June 22, 2022**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2