UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, an individual; and CUSTOM AG FORMULATORS, INC., a California Corporation,<br><br>Defendants. | Case No. 1:18-cv-00536-AWI-BAM (PC)<br><br>**ORDER GRANTING PLAINTIFF DEERPOINT GROUP, INC.'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO EXCEED PAGE LIMIT IN REPLY BRIEF**<br><br>(Doc. 202) |

On August 12, 2022, Defendants Agrigenix, LLC and Sean Mahoney filed an opposition and objections to Plaintiff Deerpoint Group, Inc.'s motion for sanctions. (Docs. 200, 201.)

Currently before the Court is Plaintiff Deerpoint Group, Inc.'s motion for administrative relief requesting that the Court extend the page limit for Deerpoint's reply brief from 10 pages to 15 pages, filed August 15, 2022. (Doc. 202.) Deerpoint contends that the additional pages will allow Deerpoint to adequately address the substantial number of assertions, arguments, and implications that Defendants made (or failed to make) in their opposition, with appropriate citations to the record. Counsel for Deerpoint emailed Defendants' counsel late in the afternoon of August 15 and waited at least five hours for a response before filing the motion, but was unaware of Defendants' position at the time of filing. (*Id.*)

1

The Court finds that a response to Deerpoint's motion is unnecessary, and the motion is deemed submitted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff Deerpoint Group Inc.'s motion for administrative relief, (Doc. 202), is GRANTED; and
2. The page limit for Deerpoint's reply brief in support of the motion for sanctions is extended to 15 pages.

IT IS SO ORDERED.

Dated: **August 16, 2022**        /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE