UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 1:18-cv-00536-AWI-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENT IN ACCORDANCE WITH LOCAL RULE 141**<br><br>Doc. No. 167 |

　　　This matter is before the Court on Plaintiff Deerpoint Group, Inc.'s request to file under seal Exhibit A to Declaration of John Miller in Support of Motion for Sanctions.

　　　The Court, having reviewed Plaintiff's Notice of Request to Seal Document and the documents in question, with good cause appearing, it is hereby **ORDERED** that Plaintiff's Request to Seal Documents is granted.

　　　The Court orders as follows:

1) Counsel for Plaintiff shall, within seven days of the issuance of this order, e-mail to the Clerk, at ApprovedSealed@caed.uscourts.gov, the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by this order, in .pdf format as an attachment. The subject line of the e-mail shall include the case number and the body of the e-mail shall identify the order authorizing the sealing

of the attached document;

2) The Clerk shall file under seal the single-page document which is attached as Exhibit A to the Declaration of John Miller in Support of Plaintiff's Motion for Sanctions.

IT IS SO ORDERED.

Dated: **September 7, 2022**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE