# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00536-AWI-BAM<br><br>ORDER SETTING STATUS CONFERENCE RE SETTLEMENT BEFORE MAGISTRATE JUDGE BOONE FOR APRIL 27, 2023, AND CONTINUING STATUS CONFERENCE BEFORE MAGISTRATE JUDGE MCAULIFFE UNTIL MAY 24, 2023<br><br>(ECF Nos. 229, 230) |

A status conference before the assigned Magistrate Judge, Barbara A. McAuliffe, is currently set for March 23, 2023. (ECF No. 229.) A settlement conference was held in this matter on March 13, 2023, before Magistrate Judge Stanley A. Boone. (ECF No. 230.) Pursuant to the matters discussed at the settlement conference, the Court shall set a status conference re settlement before Judge Boone, and reset the status conference before Judge McAuliffe to a later date.

///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. A status conference re settlement is set for April 27, 2023, at 10:30 a.m., before Magistrate Judge Stanley A. Boone, in Courtroom 9 via videoconferencing and without clients; and

2. The status conference currently set for March 23, 2023, (ECF No. 229) before Judge McAuliffe, is CONTINUED to May 24, 2023, at 9:00 a.m., in Courtroom 8.

IT IS SO ORDERED.

Dated:   **March 13, 2023**

UNITED STATES MAGISTRATE JUDGE