UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00536-AWI-BAM<br><br>**[PROPOSED]** ORDER DISMISSING CUSTOM AG FORMULATORS, INC.<br><br>Judge:  Barbara A. McAuliffe<br>Courtroom:  8, 6th Floor<br><br>SAC Filed:  February 24, 2020<br>Trial date:  None |
| AND RELATED COUNTERCLAIMS. | |

　　　Plaintiff Deerpoint Group, Inc. ("DPG") and Defendant Custom Ag Formulators, Inc. ("CAF") have filed a stipulation of dismissal dated January 27, 2023, in which DPG dismissed its claim against CAF with prejudice and CAF dismissed its counterclaims against DPG, in both instances with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all attorneys' fees, costs, and expenses to be borne by the party incurring the same.  (Doc. 231.)  In light of the stipulated dismissal, Defendant Custom Ag Formulators, Inc., **only**, is dismissed from this action by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk of the Court is directed to terminate this defendant on the docket.

　　　This Court retains jurisdiction, for one year, over any dispute regarding the Settlement Agreement between DPG and CAG.

IT IS SO ORDERED.

　Dated:　__**April 3, 2023**__　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE