**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation, | Case No. 1:18-cv-00536-JLT-BAM |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT IN REPLY BRIEFS** |
| v. | |
| AGRIGENIX, LLC, a Delaware limited liability company; et al. | (Doc. 273) |
| Defendants. | Hon. Jennifer L. Thurston<br>Hon. Barbara A. McAuliffe |
| | SAC Filed: February 24, 2020<br>Trial date: None Set |
| AND RELATED COUNTERCLAIMS. | |

Before the Court is the Joint Administrative Motion for Leave to Exceed Page Limit in Reply Briefs, submitted by Plaintiff Deerpoint Group, Inc., and Defendant Sean Mahoney. (Doc. 273.)

Pursuant to Local Rule 233 and good cause appearing, IT IS HEREBY ORDERED that each movant may have 5 additional pages for its reply brief, for a total of 15 pages. The Court also confirms that because the Court is closed on November 10, 2023, for observance of Veterans Day (*see* www.caed.uscourts.gov/caednew/index.cfm/news/holiday-closure-11), reply briefing is due on Monday, November 13, 2023.

IT IS SO ORDERED.

Dated: **November 9, 2023**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE