UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEERPOINT GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AGRIGENIX, LLC, et al. <br><br> Defendants. | Case No.  1:18-cv-00536-JLT-BAM <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS IN ACCORDANCE WITH LOCAL RULE 141** <br><br> (Doc. 262) |

This matter is before the Court on Plaintiff Deerpoint Group, Inc.'s request to file under seal Exhibits 1 and 7 to the Declaration of John Miller and Exhibits 1, 3, and 4 to the Declaration of Deborah Miller in Support of Motion for Summary Judgment.  (Doc. 262.) Plaintiff contends that there are compelling reasons to seal these documents because the documents contain sensitive trade secret, proprietary, and confidential information belonging to Plaintiff and likely to third parties.  (*Id.* at 2.)  Defendant Mahoney did not oppose this request.

///

///

///

///

///

1

The Court, having reviewed Plaintiff's Notice of Request to Seal Document and the documents in question, with good cause appearing, Plaintiff's request to seal is GRANTED. IT IS HEREBY ORDERED THAT:

1. Counsel for Plaintiff shall, within seven days of the issuance of this order, e-mail to the Clerk, at ApprovedSealed@caed.uscourts.gov, the e-mail address for sealed documents listed on the Court's website, an electronic copy of the documents covered by this order, in .pdf format as an attachment. The subject line of the e-mail shall include the case number and the body of the e-mail shall identify the order authorizing the sealing of the attached document; and

2. The Clerk shall file under seal the documents which are attached as Exhibits 1 and 7 to the Declaration of John Miller and Exhibits 1, 3, and 4 to the Declaration of Deborah Miller in Support of Motion for Summary Judgment.

Failure to comply with this Order may result in sanctions.

IT IS SO ORDERED.

   Dated:  **August 23, 2024**        /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE