**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GARY K. BRUCKER, JR., SB# 238644
  E-Mail: Gary.Brucker@lewisbrisbois.com
550 West C Street, Suite 1700
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAWRENCE R. LAPORTE, SB# 130003
  E-Mail: Lawrence.LaPorte@lewisbrisbois.com
THOMAS L. DYER (*Pro Hac Vice*)
  E-mail: Thomas.Dyer@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants Agrigenix, LLC and
Sean Mahoney and Counterclaimant Agrigenix, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DEERPOINT GROUP, INC., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AGRIGENIX, LLC, a Delaware limited liability company; SEAN MAHONEY, a California individual; and CUSTOM AG FORMULATORS, INC., a California corporation,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 1:18-cv-00536-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Jennifer L. Thurston<br>Magistrate: Hon. Barbara A. McAuliffe<br><br>Trial Date:        None Set |

146764435.1
STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE

Plaintiff Deerpoint Group, Inc. and defendants Agrigenix, LLC and Sean Mahoney and Counterclaimant Agrigenix, LLC, by and through their respective counsel of record, hereby stipulate under Rule 41(a) and (c) of the Federal Rules of Civil Procedure that this action be dismissed *with prejudice* as to all claims and counterclaims as to all parties (to the extent not already dismissed), with each party bearing that their own attorney fees and costs.

The parties further hereby voluntarily consent under 28 U.S.C. § 636(c) to have the Honorable Barbara A. McAuliffe, United States Magistrate Judge, conduct any and all further proceedings in the case.

DATED:  October 28, 2024         LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
GARY K. BRUCKER, JR.
Attorneys for Attorneys for Defendants Agrigenix, LLC and Sean Mahoney and Counterclaimant Agrigenix, LLC

DATED:  October 24, 2024         STRUCTURE LAW GROUP, LLP

By:     /s/ Jon Michaelson
JON MICHAELSON, JR.
Attorneys for Plaintiff Deerpoint, Inc.

**ORDER**

On October 28, 2024, the parties appearing in this action filed a stipulation for dismissal of the action with prejudice. (Doc. 309.)  In light of the stipulated dismissal, this action is terminated by operation of law without further order from the Court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  This Court VACATES all pending dates and matters, including the status conference set for December 4, 2024.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **October 29, 2024**              /s/ *Barbara A. McAuliffe*        _
                                             UNITED STATES MAGISTRATE JUDGE